FILED

2004 MAR -1 P 12: 17

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD W. ETTINGER | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:00cv1489 (WWE)(HBF) |
| | ) |
| STANWICH PARTNERS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) JANUARY 29, 2004 |

### SATISFACTION OF JUDGMENT

This shall serve as notice to all appearing and non-appearing parties that the judgment previously entered in this case has been fully satisfied.

THE PLAINTIFF, RICHARD W. ETTINGER

_____
Gary S. Klein (ct 09827)
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)
His Attorneys

1

## CERTIFICATION

I hereby certify that on January 29, 2004, a copy of the foregoing was mailed, U.S. mail postage prepaid, to all parties of record as follows:

Scott A. Junkin, Esq.
Reid and Riege, P.C.
234 Church Street, 9th Floor
New Haven, CT 06510-1819

_____
Gary S. Klein